# O S B O R N   L A W, p.c.

### 43 West 43rd Street, Suite 131
### New York, New York 10036

DANIEL A. OSBORN
LINDSAY M. TRUST

TELEPHONE
212 - 725 - 9800

FACSIMILE
212 - 500 - 5115

> The proposed amended briefing
> schedule is adopted.
>
> Dated:  8/3/2020
> SO ORDERED
>
> _[signature]_
> DEBRA FREEMAN
> United States Magistrate Judge

July 31, 2020

**VIA ECF**

Honorable Debra Freeman
United States District Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    *Avila v. Commissioner of Social Security,*
> Civil Action No. 1:20-cv-01360-ER-DCF

Dear Judge Freeman,

We write on behalf of plaintiff, Tomas Avila, and with the consent of the defendant, to request a 7-day extension of time to file plaintiff's motion for judgment on the pleadings.  Plaintiff's motion is due on **August 9, 2020**.  Plaintiff respectfully requests an extension of time up to and including, **August 16, 2020**.  This is plaintiff's first request for an extension of time.

Subject to the approval of the Court, the parties propose the following amended briefing schedule:

a.  Plaintiff to serve his motion for judgment on the pleadings on or before **August 16, 2020**;
b.  Defendant to serve its response/cross-motion on or before **October 15, 2020**; and

Honorable Debra Freeman
July 31, 2020
Page 2

    c.  Plaintiff to serve his reply (if any) on or before **November 5, 2020**.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Amanda Parsels, Esq. (by ECF)