**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TOMAS AVILA,

                Plaintiff,                        20 **CIVIL** 1360 (ER) (DCF)

        -against-                             **JUDGMENT**

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated August 25, 2021, The Court therefore adopts Judge Freeman's Report and Recommendation in full, for the reasons stated in the Report. Accordingly, Avila's motion for judgment on the pleadings is GRANTED and the Commissioner's cross-motion is DENIED, and the case shall be remanded for further proceedings consistent with the Report. In addition, the parties' failure to file written objections precludes appellate review of this decision.; accordingly, this case is closed.

**Dated:**  New York, New York
           August 26, 2021

                                                          **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                                      **BY:**
                                                                 **Deputy Clerk**